UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J. MCELROY,<br><br>             Plaintiff,<br><br>      v.<br><br>SGT. GUZMAN, et al.,<br><br>             Defendants. | No.  1:25-cv-00748 GSA (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKETING SYSTEM TO REFLECT ALL ALIASES USED BY PLAINTIFF |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

A recent review of the Court's case records indicates that Plaintiff has used several different names when filing matters in this Court. For the reasons stated below, the Clerk of Court will be directed to update the Court's filing database to reflect all the aliases that has used when doing so.

I.     PLAINTIFF'S ALIASES

In the process of determining Plaintiff's three strikes litigant status, a search for Plaintiff in the Court's CM/ECF docketing system was conducted via his California Department of

1

1  Corrections and Rehabilitation ("CDCR") prisoner identification number.[1]  The search revealed
2  that when filing matters in the Eastern District of California, Plaintiff has done so under several
3  different names.  Specifically, in addition to using "E.J. McElroy" as Plaintiff has in instant case
4  filing, Plaintiff has also used "Eibon McElroy," "Latwahn McElroy," and "Lathwahn McElroy."[2]

## II.  DISCUSSION

Plaintiff's CDCR identification number used in this case is "P71922."  See case caption of docket; see also ECF No. 1 at 1 (case caption of complaint).  A search for this CDCR identification number in CM/ECF for the Eastern District of California indicates that there are four different names attached to it.

Here, Plaintiff filed his signed complaint "under penalty of perjury", in effect swearing that all the information in it – which presumably includes his own name – is true and correct.  See ECF 1, at 20.  The fact that Plaintiff identifies  himself "E.J. McElroy" in this action, when in McElroy v. Schultz, No. 2:25-cv-01343 SCR ("Schultz"), which he commenced in this Court on May 12, 2025, a little more than a month earlier (See Schultz, ECF No. 1) (5/12/25 docketing of complaint), he identifies  himself  as "Lathwahn McElroy," (see Schultz, ECF No. 1 at 1) (case caption of complaint), can be a cause of confusion.

Plaintiff is informed that when filing matters in this Court, he should be using his true, legal name, i.e., the name that he is required to use on legal identification (e.g., prisoner ID card; state driver's license, passport, etc.).  order).

Plaintiff is therefore instructed that in the future, he must use his true, legal name, i.e. the one that is on his legal documents and that is consistent with his P79122 CDCR identification number, when filing cases in this Court.

---

[1]  A search of the CDCR's website using Plaintiff's "P71922" prisoner identification number indicates that Plaintiff's true name is "Latwahn McElroy."  See https://ciris.mt.cdcr.ca.gov/search (click on "CDCR Number," then input "P71922," then hit the "Search" button) (last visited 6/25/25).

[2]  See Mcelroy v. George, No. 1:24-cv-00982 JLT EPG (Plaintiff using "Eibon Mcelroy" in a pleading); McElroy v. Schultz, No. 2:25-cv-01343 SCR (most recent of thirty-one cases in which Plaintiff has used the name "Latwahn McElroy"), and McElroy v. Griggs, No. 1:25-cv-00759 EPG (Plaintiff using "Lathwahn McElroy" in a pleading).

Finally, in light of the above, in order to avoid confusion in this Court with respect to cases that Plaintiff has filed in the past and that he may file in the future, the Clerk of Court will be ordered to update <u>all</u> cases in its docketing system. The update in each case filed by Plaintiff should reflect that "E.J. McElroy," "Eibon McElroy," "Latwahn McElroy," and "Lathwahn McElroy" are all the same person.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall UPDATE the CM/ECF database to reflect in every case that Plaintiff has filed in this District that Plaintiff "E.J. McElroy," who has the California Department of Corrections and Rehabilitation identification number of "P71922" is also known as:

- Eibon McElroy;
- Latwahn McElroy, and
- Lathwahn McElroy.

IT IS SO ORDERED.

Dated:   **June 25, 2025**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE