UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.J. MCELROY, A.K.A. EIBON MCELROY, A.K.A. LATWAHN MCELROY, A.K.A. LATHWAHN MCELROY,<br><br>Plaintiff,<br><br>v.<br><br>SGT. GUZMAN, et al.,<br><br>Defendants. | No. 1:25-cv-00748 JLT GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 10)<br><br>PLAINTIFF'S OBJECTIONS DUE IN FIFTEEN DAYS |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. ECF Nos. 1, 2. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a motion for a fifteen-day extension of time to file objections to the Court's findings and recommendations. ECF No. 10. In support of the motion, Plaintiff states that he did not receive the Court's findings and recommendations order until "July 4th 2025 or after…" , leaving him with six fewer days to respond to it. Id. In addition, it appears that Plaintiff also first needs to access the prison law library so that he can file a response. See id. Good cause appearing, Plaintiff's extension request will be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file objections to the Court's findings and recommendations order (ECF No. 10) is GRANTED, and

2. Within fifteen days from the date of this order, Plaintiff shall file his objections to the Court's findings and recommendations.

**Plaintiff is cautioned that absent exigent circumstances, additional requests for extensions of time will not be granted.**

IT IS SO ORDERED.

Dated: __**July 14, 2025**__          _____/s/ Gary S. Austin_____
                                               UNITED STATES MAGISTRATE JUDGE

2