1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   E.J. MCELROY, a.k.a. EIBON MCELROY,          Case No. 1:25-cv-0748 JLT GSA (PC)
     a.k.a. LATWAHN MCELROY, a.k.a.
12   LATHWAHN MCELROY,                            ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS, DENYING
13                    Plaintiff,                  PLAINTIFF'S MOTION TO PROCEED *IN
                                                  FORMA PAUPERIS,* AND DIRECTING
14          v.                                    PLAINTIFF TO PAY THE FILING FEE
                                                  WITHIN 21 DAYS
15   SGT. GUZMAN, et al.,
                                                  (Docs. 2, 9)
16                    Defendants.

17

18          Plaintiff asserts that he suffered violations of his civil rights while housed at Kern Valley

19   State Prison and seeks to proceed *in forma pauperis* in this action.  (Docs. 1, 2.)  The magistrate

20   judge reviewed Plaintiff's litigation history and found Plaintiff had three actions dismissed for

21   reasons that qualified as strikes under 28 U.S.C. § 1915(g).  (Doc. 9 at 4-5.) The magistrate judge

22   found Plaintiff does not allege facts supporting the conclusion that Plaintiff was imminent danger

23   of serious physical injury when he filed the action.  (*Id.* at 5.)  Therefore, the magistrate judge

24   recommended the Court deny the motion to proceed *in forma pauperis* and direct Plaintiff to pay

25   the filing fee.  (*Id.* at 6.)

26          The Court served the Findings and Recommendations on Plaintiff and notified him that

27   any objections were due within 14 days.  (Doc. 9 at 6.)  The Court advised Plaintiff that "failure

28   to file objections within the specified time may result in the waiver of certain rights on appeal."

                                                  1

1   (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  Although the Court granted

2   Plaintiff a 15-day extension of time on July 15, 2025 (Doc. 11), he did not file any objections, and

3   the time do so expired.

4       According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case.

5   Having carefully reviewed the matter, the Court concludes the Findings and Recommendations

6   are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

7       1.    The Findings and Recommendations issued on July 15, 2025 (Doc. 9) are

8             **ADOPTED** in full.

9       2.    Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

10      3.    Within 21 days following the date of service of this order, Plaintiff **SHALL** pay

11            the $405.00 filing fee in full to proceed with this action.

12      **Failure to pay the required filing fee as ordered will result in the dismissal of this**

13      **action without prejudice.**

14

15   IT IS SO ORDERED.

16      Dated:   **August 12, 2025**

17                                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28